IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAM FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-2977-T-P |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
ORDER OF DISMISSAL

On June 16, 2008, Magistrate Judge Tu M. Pham filed a report and recommendation that this action be dismissed for failure to prosecute. Plaintiff has not filed any objections, although he was advised that the failure to do so within ten days would constitute a waiver of those objections. Consequently, the report and recommendation is hereby ADOPTED, and the action is DISMISSED with prejudice. The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

             s/ **James D. Todd**
             JAMES D. TODD
             UNITED STATES DISTRICT JUDGE